ACCEPTED
14-13-00502-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 11:46:02 AM
CHRISTOPHER PRINE
CLERK

**No. 14-13-00502-CV**
IN THE COURT OF APPEALS
FOR THE FOURTEEN DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/13/2015 11:46:02 AM

CHRISTOPHER A. PRINE
Clerk

**CHRISTINE E. REULE,**
*Appellant*

v.

**M & T MORTGAGE, M & T BANK,  BAYVIEW LOAN SERVICING, LLC,
BAYVIEW FINANCIAL TRADING  GROUP, LP, BAYVIEW FINANCIAL,LP, AND HUGHS, WATTE**
*Appellee*

_____

On Appeal from Cause No.  200875636
234th Judicial District Court of Harris County, Texas

_____

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE HER
MOTION FOR RECONSIDERATION AND MOTION FOR REHEARING**

CHRISTINE E. REULE
Pro Se
1831 Sherwood Forest #24
Houston, Texas 77043
(713) 365-0535

1

## IDENTITY OF PARTIES AND THEIR COUNSEL

| PARTIES | COUNSEL |
|---|---|
| CHRISTINE E. REULE | Pro Se<br>1831 Sherwood Forest #24<br>Houston, Texas 77043<br>(713) 365-0535 |
| M& T MORTGAGE, M & T BANK,  BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING  GROUP, LP, BAYVIEW FINANCIAL,LP | Daniel Patton<br>Scott Patton, P.C.<br>3939 Washington Avenue, Suite 203<br>Houston, Texas 77007<br>Telephone:   281-377-3311<br>Fax:  281-377-3267<br>Email: dpatton@scottpattonlaw.com |
| HUGHES,  WATTERS,  ASKANASE, LLP | C. Ed. Harrell<br>Hughes, Watters & Askanase, L.L.P.<br>Three Allen Center<br>333 Clay, 29th floor<br>Houston, TX 77002<br>Telephone:  (713) 759-0818<br>Fax:  (713)759-6834<br>Email: ceh@hwallp.com |
| RLZ INVESTMENTS | Richard A. Battaglia<br>P.O. Box 131276<br>Houston, Texas 77219-1276<br>Telephone No. (713) 521-3570<br>Fax:  (713) 521-5373<br>Email: rab@rabpc.com |

To the Honorable Court of Appeals:

Comes now, Appellant, and files this, her first motion for an extension of time in which to file her motion for reconsideration and her motion for rehearing, and would show this honorable court as follows:

The rendered it's opinion on October 29, 2015 in this matter.

Although appellant has tried very hard to complete the motion for rehearing and reconsideration, she's been unable to do so and the additional time is needed. As this court is aware, Appellant has several autoimmune diseases and has complications as a result. Her hands have been hurting making it difficult to type, and she's been extremely tired.

Appellate asks this court to grant her a 15 day extension in which to file her motion for reconsideration and rehearing.

Appellate has check with opposing counsels to see if any of them would be opposed to this motion. All counsel have stated they have no objections.

Wherefore Appellant Prays that this court grant Appellant a 15 day extension, and for such other and further relief that the Court deem just and proper.

Dated: November 13, 2015    Respectfully submitted,

/s/ Christine Reule

Christine E. Reule
1831 Sherwood Forest #24
Houston, Texas 77043
(713) 365-0535

CERTIFICATE OF CONFERENCE

3

Appellant contacted all parties to see if there was any opposition to this motion. Each counsel stated that they had no objection.

## CERTIFICATE OF MAILING

By my signature above, I do hereby certify that a true and correct copy of the foregoing document has been served on all parties of interest on this 13th day of November 2015

Number of words – 252